CITY OF MOUNT VERNON, NEW YORK, Respondent, v. TRAVIS REALTY CORPORATION, Appellant, and Others, Defendants.— Action for a permanent injunction restraining defendant Travis Realty Corporation and its tenants from parking cars on two lots in the rear of said defendant's apartment house. Judgment for the plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

MARGARET DANNEMANN, as Administratrix, etc., of AUGUST DANNEMANN, Deceased, Respondent, v. S. ELLSWORTH J. WHITE, Appellant.— Action for $3,000 based on two promissory notes with an answer interposed averring that the notes were the subject of a gift by the plaintiff's decedent to the defendant. Order granting plaintiff's motion for summary judgment under rule 113 and judgment entered thereon reversed on the law and the facts, with ten dollars costs and disbursements, and the motion denied. There is an issue of fact with reference to the defense on which a trial should be had. The claims of the defendant's witnesses with reference to that issue should not be disposed of on affidavits, under the rule set out in *Matter of Case* (214 N. Y. 199, 203), on the ground that their testimony is incredible as a matter of law. That rule is more pertinent in its application to the situation that is disclosed after the testimony is adduced and the witnesses subjected to cross-examination. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

GIOVANNA GAMBINO and ANTONIO GAMBINO, Appellants, v. ELMER E. BULLIS, Respondent.— Action to recover damages for personal injuries sustained by Giovanna Gambino when struck by defendant's automobile as she was crossing a Brooklyn thoroughfare. Her husband joined in the complaint and sued to recover for medical expenses and loss of services. The appeal is from the judgment dismissing the complaint, entered on the verdict of the jury. Judgment unanimously affirmed, with costs, on the ground that in the circumstances disclosed, the jury were justified in finding that plaintiff Giovanna Gambino was negligent in attempting to cross the street. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.